PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 13, 2022**

SEAN F. McAVOY, CLERK

United States of America )
)
vs )
)
Jonah Pierce )    Case No. 2:22CR00052-TOR-5

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Jonah Pierce, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

On May 6, 2022, Mr. Pierce appeared before the Court for the purpose of an initial appearance and arraignment. The Court ordered Mr. Pierce to be released from custody under conditions of pretrial release supervision (ECF No. 63).

Additional condition of release number 15 subjects Mr. Pierce to home detention, in which he is required to receive permission from the U.S. Probation Office to leave his residence for specific purposes. Since Mr. Pierce's release, there are no known violations of pretrial release supervision.

Based on his compliance with the release conditions, the undersigned officer respectfully recommends additional condition number 15, which subjects Mr. Pierce to home detention, be removed from the release order.

The U.S. Attorney's Office does not object to this modification request.

I consent to this modification of my release conditions and agree to abide by this modification.

| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |
|---|---|---|---|
| *[signed]* | 7/7/22 | *Erik Carlson* | 7/7/2022 |
| Jonah Pierce | | Erik Carlson | |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| Signature of Defense Counsel | Date |
|---|---|
| *[signed]* | 7/12/22 |
| Bryan Whitaker | |

[X]    The above modification of conditions of release is ordered, to be effective on  7/13/22 .

[ ]    The above modification of conditions of release is not ordered.

_____          7/13/2022
Signature of Judicial Officer                              Date

James A. Goeke