PS 42
(Rev 07/93)

## United States District Court
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
May 17, 2023
SEAN F. MCAVOY, CLERK

United States of America )
)
vs )
)
Jonah Pierce )      Case No. 2:22CR00052-TOR-5

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Jonah Pierce, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

**Modified Condition:** Defendant shall remain in the Eastern District of Washington or the Northern District of Indiana, unless given permission to travel by the U.S. Probation/Pretrial Services Office.

Mr. Pierce's current release order requires him to remain in the Eastern District of Washington. On May 18, 2023, Mr. Pierce will be separating from the U.S. Air Force. Upon his separation from the military, Mr. Pierce will no longer have housing or employment available in the Eastern District of Washington. Mr. Pierce is requesting to relocate to the Northern District of Indiana where he has housing, familial ties and employment.

I consent to this modification of my release conditions and agree to abide by this modification.

_____    5/17/23    _____    05/17/23
Signature of Defendant      Date       Pretrial Services/Probation Officer    Date
Jonah Pierce                           Erik Carlson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    5/17/23
Signature of Defense Counsel    Date
Bryan Whitaker

[X]   The above modification of conditions of release is ordered, to be effective on  5/18/2023.

[ ]   The above modification of conditions of release is <u>not</u> ordered.

_____     _5/17/2023_____
Signature of Judicial Officer                                            Date

Thomas O. Rice